```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
KEVIN E. BYRNES,                    )
                                    )
            Plaintiff,              )
                                    )
        v.                          )  Civ. Action No. 04-742 (EGS)
                                    )
MERIT SYSTEMS PROTECTION BOARD,     )
                                    )
            Defendant.              )
_____)

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 2nd day of March, 2005, hereby

**ORDERED** that the federal defendant's Motion to Dismiss is **GRANTED** and that this case is **DISMISSED WITH PREJUDICE.**  It is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendant and shall remove this case from the active calendar of the Court.

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          March 2, 2005**